**REDACTED**

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | Case No. 23 - 3037MB |
| 6331 West Cochise Drive Glendale, AZ 85302 (SEARCH LOCATION #6) | ~~(Filed Under Seal)~~ |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**6331 West Cochise Drive, Glendale, AZ 85302, further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before _1-22-23_ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona.</u>

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _1-8-23 @ 8:48pm_     _M Morrissey_
*Judge's signature*

City and state: <u>Phoenix, Arizona</u>     <u>Honorable Michael T. Morrissey, U.S. Magistrate Judge</u>
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br><br>23-3037MB | Date and time warrant executed:<br><br>01/11/2023 6:00 am | Copy of warrant and inventory left with:<br><br>Left at location |

Inventory made in the presence of:
  HSI Phoenix Group Supervisor Brian Derryberry

Inventory of the property taken:
  "0001 "  2015 Cadillac Escalade
  "0002 "  2017 Ford F-150 Raptor
  "0003 "  2017 Ford F-150
  "0004 "  2017 Cadillac CTS-V
  "0005 "  2007 International 4000
  "0006 "  FN Five-Seven pistol
  "0007 "  7.62 mm ammunition
  "0008 "  5.7x28 mm Ammunition
  "0009 "  5.7x28 mm ammunition
  "0010 "  9 mm ammunition
  "0011 "  5.56 mm ammunition
  "0012 "  7.62 magazine
  "0013 "  Fentanyl Powder
  "0014 "  Fentanyl pills
  "0015 "  Cocaine
  "0016 "  U.S. Currency
  "0017 "  U. S. Currency
  "0018 "  U. S. Currency
  "0019 "  iPhone
  "0020 "  Black iPhone
  "0021 "  iPhone
  "0022 "  white iPhone, smashed
  "0023 "  Misc Docs - Auto title
  "0024 "  Misc. Docs. - Auto Title

| **Certification** |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    01/24/2023

BRIAN T DERRYBERRY
Digitally signed by BRIAN T DERRYBERRY
Date: 2023.01.24 15:04:20 -07'00'

*Executing officer's signature*

HSI GS Brian T Derryberry
*Printed name and title*

## Return

| Case No.: 22-8469 MB | Date and time warrant executed: 12/02/2022 4:00 pm | Copy of warrant and inventory left with: Under Seal |
|---|---|---|

| Inventory made in the presence of : NA |
|---|

Inventory of the property taken and name of any person(s) seized:

    Date and time when the acquisition of location information began _____12/03/2022 4:48 PM

    Date and time when the acquisition of location information ended _____01/15/2023 4:48 PM

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____01/24/2023_____

_____
*Executing officer's signature*

Zach Loken - Special Agent
*Printed name and title*

# Return

| Case No.: 22-8443 MB | Date and time warrant executed: 11/30/2022 11:49 am | Copy of warrant and inventory left with: Under Seal |
|---|---|---|

| Inventory made in the presence of : NA |
|---|

Inventory of the property taken and name of any person(s) seized:

Date and time when the acquisition of location information began __11/30/2022 11:49am

Date and time when the acquisition of location information ended __01/14/2023 10:41 pm

---

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____01/24/2023_____

_____
*Executing officer's signature*

Zach Loken - Special Agent
_____
*Printed name and title*